## Henry Churchill and others v. Mary E. Burt.

*Probate matters: Appeals: Common-law judgment: Review: Writ of error.*
The decision of the circuit court affirming on appeal an order of the pro-
bate court, extending a commission on claims and directing the commis-
sioners to hear and adjudicate upon a specified claim, is not a common-law
final order or judgment, and cannot be reviewed on writ of error.

*Heard and decided October 20.*

Error to Calhoun Circuit.

*Higby & Gibson* and *Hughes, O'Brien & Smiley,* for plain-
tiffs in error.

*T. G. Pray,* for defendant in error.

CHURCHILL v. BURT.

PER CURIAM:

Defendant in error brought a claim against the estate of John Burt before commissioners of claims, and upon their report being made it was insisted by her that they had not passed upon her claim, and she thereupon applied to the probate court either to hear the claim or remit it for hearing to the commissioners. The plaintiffs in error demurred to the application, and the probate court thereupon made an order extending the time of the commissioners and for them to adjudicate upon the claim. The plaintiffs in error then appealed from this order to the circuit court, and that court affirmed it. The plaintiffs in error then sued out this writ of error to obtain a revision of the decision of the circuit in affirming the order of the probate court. We think that the determination of the circuit court was not a common-law final order or judgment, and is not reviewable upon writ of error.

The writ was improvidently issued, and must be dismissed.